UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 24 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| JAMES GREGG FOUNTAIN, | No. 05-36043 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-05-00131-A-JWS District of Alaska, Anchorage |
| v. | |
| JAMES PRUETT; et al., | ORDER |
| Defendants - Appellees. | |

RECEIVED
JAN 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before:   T.G. NELSON and BYBEE, Circuit Judges

Appellant's emergency motion for injunctive relief is denied.

Appellees' answering brief remains due on February 16, 2006. The optional reply brief is due within 14 days after service of the answering brief.



S:\MOATT\Panelord\1.23.06\orders\nmg2\05-36043.wpd