Form 10. Bill of Costs

**United States Court of Appeals for the Ninth Circuit**

**BILL OF COSTS**

FILED
DEC 26 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Note: If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A Late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

James Gregg Fountain v. James Pruett, et al.        CA No. 05-36043

RECEIVED
FEB 12 2007
CLERK, U.S. [...]
ANCHORAGE, ALASKA

The Clerk is requested to tax the following costs against: the Appellant.

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Ciruict Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | 7 | 31 | $.06 | $13.02 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 20 | 45 | $.06 | $54.00 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other | | | | | | | | |
| | | | TOTAL | $67.02 | | | TOTAL | $67.02 |

2116418.1

**Form 10. Bill of Costs** - *Continued*

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .20 or actual cost, whichever is less. Circuit Rule 39-1.

I, John A. Nolet                    , swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed. The printer's itemized statement showing actual costs per page is attached.

Signature: _[signed]_

Date:  12/22/06

Name of Counsel (printed or typed): John A. Nolet, Esquire

Attorney for: United States of America.

Date: 2-5-07

Costs are taxed in the amount of

$ 67.02

Clerk of Court

By: _[signed]_
Deputy Clerk

2116418.1