**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 12 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED

FEB 1 2 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| JAMES GREGG FOUNTAIN,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JAMES PRUETT; SUSAN MEREDITH; INTERNAL REVENUE SERVICE,<br><br>Defendants - Appellees. | No. 05-36043<br><br>D.C. No. CV-05-00131-A-JWS<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Alaska
John W. Sedwick, District Judge, Presiding

Submitted December 4, 2006[**]

Before:  GOODWIN, LEAVY, and FISHER, Circuit Judges.

James Gregg Fountain appeals pro se from the district court's judgment dismissing for lack of subject matter jurisdiction his action seeking to require the IRS and its employees to remove a tax lien and return taxes collected by levy on

---

[*]  This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

[**]  This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

his wages. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Steel v. United States*, 813 F.2d 1545, 1548 (9th Cir. 1987) (dismissal based on sovereign immunity); *Adams v. Johnson*, 355 F.3d 1179, 1183 (9th Cir. 2004) (dismissal of *Bivens* action). We affirm.

The district court properly dismissed Fountain's claims against the IRS based on sovereign immunity. *See Gilbert v. DaGrossa*, 756 F.2d 1455, 1458 (9th Cir. 1985) (a suit against IRS employees is essentially a suit against the United States). Additionally, Fountain's requests for injunctive relief were barred by the Anti-Injunction Act. *See* 26 U.S.C. § 7421(a) ("no suit for the purpose of restraining the assessment or collection of any tax shall be maintained in any court by any person"); *Sokolow v. United States*, 169 F.3d 663, 664-65 (9th Cir. 1999).

**AFFIRMED.**



2